```
 1  SPENCER FANE LLP
    Andrew M. Federhar (No. 006567)
 2  Jessica A. Gale (No. 030583)
    2415 East Camelback Road, Suite 600
 3  Phoenix, AZ  85016
    Telephone: (602) 333-5430
 4  Facsimile: (602) 333-5431
    afederhar@spencerfane.com
 5  jgale@spencerfane.com

 6  Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Keystone Wealth Partners, LLC, an Arizona limited liability company and Creative Planning, LLC, a Missouri limited liability company | No. CV-22-00719-PHX-DJH |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| 400 Rivulon Boulevard, LLC, an Ohio limited liability company, | |
| Defendant. | |

This Corporate Disclosure Statement is filed on behalf of Creative Planning, LLC in compliance with the provisions of: *(check one)*

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

OP 3228589.2

1   \_\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

  \_\_\_\_ No such corporation.

  \_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship_____

  \_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

  \_\_X\_\_ Other (please explain)

Party is not a parent, subsidiary or other affiliate of a publicly owned corporation. Party is a wholly-owned subsidiary of CPI Holdco B, LLC, a Delaware limited liability company.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 29th day of April, 2022.

                    SPENCER FANE LLP

                    s/ Andrew M. Federhar
                    Andrew M. Federhar
                    Jessica A. Gale
                    Attorneys for Plaintiff

OP 3228589.2

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants as listed below:

Mark A McGinnis
Michael K. Foy
Katrina L. Wilkinson
2850 E. Camelback Road, Suite 200
Phoenix, AZ  85016-4316
mam@slwplc.com
mkf@slwplc.com
klw@slwplc.com

Roy A. Powell (application for admission pro hac vice pending)
Joseph J. Zekasko (application for admission pro hac vice pending)
JONES DAY
500 Grant Street, Suite 4500
Pittsburg, Pennsylvania  15219-2514
rapowell@jonesday.com
jzelasko@jonesday.com

Attorneys for Defendant 400 Rivulon Boulevard, LLC

                                                s/ Katrina Thomas

OP 3228589.2